IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-1826-E |
| JEFFREY DAVIS, as the Independent Executor of the Estate of Billy Roy Smith, Deceased; CHRISTOPHER GRIMES; and RITA NORA SMITH BINGHAM, | § § § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Defendant Christopher Grimes's motion to dismiss Defendant Rita Nora Smith Bingham's answer to the interpleader complaint [Dkt. No. 18] and GRANTS Bingham's motion to amend her answer [Dkt. No. 22].

SO ORDERED: May 17, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE